# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

NELSON JOHN DAMICO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1202

———————————————

January 30, 2026

Appeal from the Circuit Court for Hillsborough County; Lawrence Lefler, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.